
Financial Disclosure Incomplete

# FINANCIAL DISCLOSURE REPORT

Eaton, Richard K.

## VII. Page 7 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 Safeway Inc Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 104 Sony Corp. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 105 The Goldman Sachs Grp. Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 106 Unilever NV NY Shares (New) Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 107 Cash (Spouse) | D | Interest | P1 | T | Exempt | | | | |
| 108 Valley Natl Bankcorp Common (Spouse) | E | Dividend | O | T | Exempt | | | | |
| 109 Fed Portfolio Inst. Liquid Asset Mutual Fund (Spouse) | D | Interest | M | T | Exempt | | | | |
| 110 Conroe Tax Cert. Munip. Bonds (Spouse) | B | Interest | K | T | Exempt | | | | |
| 111 Aetna Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 112 Alcoa Inc.Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 113 Alcan Alluminium Ltd. Common (Spouse) | A | Dividend | L | T | Exempt | | | | |
| 114 American Elect. Power Co. Inc. Common (Spouse) | A | Dividend | J | T | Exemmpt | | | | |
| 115 Ambac Finacial Brp. Inc. Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 116 Arrow Electronics Inc. Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 117 American Standard Cos. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 118 Avnet Inc. Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 119 Bank One Corp. Common (Spouse) | C | Dividend | M | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 8 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 BP Amoco PLC Common (Spouse) | C | Dividend | M | T | Exempt | | | | |
| 121 Bank of America Corp. Common (Spouse) | C | Dividend | M | T | Exempt | | | | |
| 122 Canadian Pacific LTD Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 123 Chase Manhattan Corp. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 124 Cigna Corp. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 125 CSX Corp. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 126 Cabot Corp. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 127 Central and South West Corp. Common (Spouse) | B | Dividend | K | T | Exempt | | | | |
| 128 Champion International Corp. Common (Spouse) | A | Dividend | L | T | Exempt | | | | |
| 129 Chubb Corp. Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 130 Consolidated Papers Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 131 Dow Chemical Co. Common (Spouse) | D | Dividend | M | T | Exempt | | | | |
| 132 Eastman Chemical Co. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 133 Eaton Corp. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 134 Firstenergy Corp. Common (Spouse) | C | Dividend | L | T | Exempt | | | | |
| 135 FMC Corp. Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 136 Federated Dept. Stores Common (Spouse) | A | Dividend | M | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

Eaton, Richard K.

## VII. Page 9 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 137 Ford Motor Company Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 138 Genuine Parts Co. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 139 Golden West Financial Corp. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 140 Goodyear Tire and Rubber Co. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 141 Hormel Foods Corp. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 142 IBM Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 143 International Paper Co. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 144 Litton Industries Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 145 Lubrizol Corp. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 146 MBIA Inc. Common (Spouse) | A | Dividend | L | T | Exempt | | | | |
| 147 Millenium Chemicals Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 148 May Department Stores C. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 149 Mead Corp. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 150 Nalco Chem. Co. Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 151 Norfolk Southern Corp. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 152 Owens Corning Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 153 Pacificare Heaalth Sysytems Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | | T=Cash/Market |

## VII. Page 10 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | *If not exempt from disclosure* | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 154 Occidental Petroleum Corp. Common (Spouse) | C | Dividend | L | T | Exempt | | | | |
| 155 JC Penney Co. Inc. Common (Spouse) | C | Dividend | M | T | Exempt | | | | |
| 156 Philip Morris Companies Inc. Common (Spouse) | C | Dividend | M | T | Exempt | | | | |
| 157 Praxair Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 158 Puget Sound Energy Inc. Common (Spouse) | B | Dividend | J | T | Energy | | | | |
| 159 Quantum Corp. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 160 Republic New York Corp. Inc. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 161 Reynolds Metals Co. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 162 RJR Nabisco Holdings Corp. Common (Spouse) | C | Dividend | L | T | Exempt | | | | |
| 163 St. Paul Companies Inc. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 164 Sears Roebuck & Co. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 165 Temple Inland Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 166 Union Carbide Corp. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 167 Union Pacific Corp. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 168 Unicom Corp. Common (Spouse) | B | Dividend | L | T | Exempt | | | | |
| 169 Valley National Bancorp Common (Spouse) | G | Dividend | P2 | T | Exempt | | | | |
| 170 Westvaco Corp. Common (Spouse) | B | Dividend | K | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 11 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 171 Whirlpool Corp. Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 172 Willamette Industries Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 173 Bernstein Div. Muni. Portfolio Mutual Fund (Spouse) | E | Interest | O | T | Exempt | | | | |
| 174 Bernstein Advanced Value Mutual Fund (Spouse) | A | Dividend | P1 | T | Exempt | | | | |
| 175 Bernstein Emerging Mrkts. Portfolio Mutual Fund (Spouse) | B | Dividend | M | T | Exempt | | | | |
| 176 Bernstein Tax-managed International Port. Mutual Fund | A | Dividend | M | T | Exempt | | | | |
| 177 House, cabin and land in Livingston, MT (Spouse) | D | Rent | O | W | Exempt | | | | |
| 178 Fidelity Muni Money Market Mutual Fund (Spouse) | B | Interest | N | T | Exempt | | | | |
| 179 Aetna Growth and Income Mutual Fund 401K (Spouse) | C | Dividend | M | T | Exempt | | | | |
| 180 Schroders Equity Mutual Fund held in IRA (Spouse) | A | Dividend | L | T | Exempt | | | | |
| 181 Concord EFS Inc. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 182 Juniper Network Inc. Common (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 183 Seagram Ltd. Common (Spouse) | A | Dividend | K | T | Exempt | | | | |
| 184 Bernstein International Value Port. II mutual fund (Spouse) | B | Dividend | M | T | Exempt | | | | |
| 185 Stroock Partners (II,III,IV) investment partnership | A | Distribution | J | U | Exempt | | | | |
| 186 | | | | | | | | | |
| 187 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |